The Honorable Joan ORIE
MELVIN, Appellant

v.

The Honorable Robin L. WIESSMANN,
State Treasurer of the Commonwealth
of Pennsylvania,[1] and the Administrative Office of Pennsylvania Courts,
Appellees.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of September, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

In re Nomination Paper of Steven
**PORTER as Candidate of an Independent Political Body for United States
Congress for the 3rd District in the
General Election of November 4, 2008.**

**Appeal of Steven Porter.**

Supreme Court of Pennsylvania.

Oct. 17, 2008.

*ORDER*

PER CURIAM:

AND NOW, this 17th day of October, 2008, the order of the Commonwealth Court is AFFIRMED.